```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG,

                         Plaintiff,                       21-CV-07908 (AT)(SN)

      -against-                           **ORDER**

QUEST INTERNATIONAL LIMOUSINE, INC.,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On September 28, 2021, this case was marked as related to <u>Hong et al. v. Quest International Limousine, Inc., et al.</u>, 19-cv-04336 (SN) (S.D.N.Y.), which is currently scheduled for trial in November 2021. To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, the parties are to meet and confer as to whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. The parties may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. If the parties consent to proceeding before me, they are directed to file the applicable form at their earliest convenience.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     New York, New York
                 September 28, 2021