```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

SUNG EIK HONG,

                                Plaintiff,                      21-CV-07908 (AT)(SN)

                -against-                                          **ORDER**

QUEST INTERNATIONAL LIMOUSINE, INC.,

                                Defendant.

```
-----------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

        On September 28, 2021, the Court ordered the parties to meet and confer as to whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge, in light of this case's relation to Hong et al. v. Quest International Limousine, Inc., et al., 19-cv-04336 (SN) (S.D.N.Y.). The parties may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. If the parties consent to proceeding before me, they are directed to file the applicable form by October 22, 2021.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      New York, New York
                 October 18, 2021